

# Fourth Court of Appeals
## San Antonio, Texas

April 18, 2022

No. 04-22-00175-CV

**IN RE THE TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**

Original Mandamus Proceeding[1]

# O R D E R

Sitting:      Rebeca C. Martinez, Chief Justice
                Luz Elena D. Chapa, Justice
                Liza A. Rodriguez, Justice

On April 14, 2022, the Department of Family and Protective Services filed a "Third Motion for Temporary Emergency Relief." Given the time constraints, the relator has not been able to obtain a transcript of the April 13, 2022 hearing. We therefore ORDER relator to file, **on or before April 28, 2022**, a transcript of the April 13, 2022 hearing and a copy of the written order, if any.

After reviewing the emergency motion, we GRANT IN PART the relief requested by the Department and order the following:

Any order by the trial court rendered at the April 13, 2022 hearing requiring any Department employee to report to any location designated by the trial court for the purpose of conducting their regular duties, including remaining at any location until placement for the child is secured, is STAYED pending the outcome of this mandamus proceeding.

Further, any order by the trial court rendered at the April 13, 2022 hearing requiring an autism expert to be present on-site and working is STAYED pending the outcome of this mandamus proceeding.

Finally, any order by the trial court rendered at the April 13, 2022 hearing including any punitive or coercive action to enforce such provisions, is STAYED pending further order of this Court.

---

[1] This original proceeding arises out of Cause No. 2013-PA-01215, styled *In the Interest of E.H., A Child*, pending in the 288th Judicial District Court, Bexar County, Texas. The Honorable Mary Lou Alvarez signed the order at issue in this proceeding.

It is so **ORDERED** on April 18, 2022.

PER CURIAM

ATTESTED TO:

MICHAEL A. CRUZ, Clerk of Court